UNITED STATES DISTRICT COURT

EXHIBIT INDEX

**Petitioner:** Luis Alberto Castillo-Yugcha

Exhibit A – Birth Certificate of U.S. Citizen Child

Exhibit B – ISAP Electronic Monitoring Agreement

Exhibit C – ISAP Individual Service Plan

Exhibit D – ATD Enrollment Notice

Exhibit E – Notice of Credible Fear Interview

Exhibit F – Notice to Appear (Form I-862)

Exhibit G – Expedited Removal Order (Form I-860)

Exhibit H – Birth Certificates and Identification of Petitioner's Children (Non-U.S. Citizens)

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER    HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

**STATE FILE NUMBER: 109-2025-090596**

DATE ISSUED: **JULY 1, 2025**

DATE FILED: **JUNE 2, 2025**

## CHILD'S INFORMATION

NAME: **KAYLANI  ISABELLA  CASTILLO EGAS**

DATE OF BIRTH: **MAY 29, 2025**       TIME OF BIRTH (24 HOUR):    **1204**

SEX: **FEMALE**       BIRTH WEIGHT:  **7**  LBS  **1**  OZ

PLACE OF BIRTH: **HOSPITAL**
**TAMPA GENERAL HOSPITAL**

CITY, COUNTY OF BIRTH: **TAMPA, HILLSBOROUGH COUNTY**

## MOTHER'S/PARENT'S INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

NAME: **KERLY  PRISCILA  EGAS ROLDAN**

DATE OF BIRTH: **MARCH 10, 1996**

BIRTHPLACE: **ECUADOR**

## THIS SPACE INTENTIONALLY LEFT BLANK

*Ken Jones* , STATE REGISTRAR

REQ: **2027979606**

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (08/01/2022)

*49274634*

CERTIFICATION OF VITAL RECORD

 florida HEALTH

Programa de Comparecimiento bajo Supervisión Intensiva (ISAP)      July 26, 2019 S-Site

# Acuerdo del participante para tomar parte voluntariamente en el Programa de monitoreo electrónico (GPS) de ISAP

Los participantes serán monitoreados mediante una unidad de rastreo GPS.

1. Yo, LUIS CASTILLO-YUGCHA _____ estoy autorizado para viajar a 5660 W Cypress St, Ste H, Tampa, FL 33607 _____ dentro de los Estados Unidos. Estoy de acuerdo de llegar a mi destino final en la fecha indicada July 19, 2024 (fecha y hora). Al llegar a me destino final, ERO-ATD tomaran una determinación final sobre mi caso. 10:00AM

2. Mientras participe en el programa de monitoreo electrónico, acepto usar un brazalete (grillete) en mi tobillo de GPS que no es removible y será otorgada por un especialista del caso ISAP.

3. Reconozco que he recibido la unidad con el número de identificación: 1715825 _____.

4. Acepto que es mi responsabilidad de mantener el acceso servicio eléctrico durante mi tiempo en el Programa de monitoreo electrónico.

5. Acepto mantener la unidad de rastreo GPS cargada diariamente y según sea necesario. Entiendo y estoy de acuerdo con los requisitos de cuidado y mantenimiento de la unidad de rastreo GPS.

6. Acepto no quitarme o alterar la unidad de rastreo GPS excepto si es necesario en una emergencia o con la aprobación del especialista del caso ISAP.

7. Acepto permitir al personal autorizado inspeccionar y mantener la brazalete (grillete).

8. En caso de emergencia (por ejemplo, médica), debo llamar a la línea directa de emergencia al (407) 722-8900 _____. Entiendo que este número no debe usarse nunca para situaciones que no sean de emergencia.

9. Entiendo que puedo ser considerado responsable de la unidad de rastreo GPS y puede ser que se me exija reembolsar el costo de reemplazo o reparación a BI Incorporated por cualquier pérdida y/o daño del equipo.

Reglas locales y Otras condiciones:

Al firmar este documento reconozco que he recibido una copia de las reglas, horario autorizado y que se me han sido explicados. También reconozco que servicios de traducción fueron ofrecidos a mi disposición. Entiendo que debo cumplir con las reglas y requisitos hasta haber completado el programa de monitoreo electrónico, o hasta que reciba notificación a lo contrario a través del especialista de mi caso de ISAP. También entiendo que cualquier violación de estas regalas podrían causar el término de mi participación en este programa y mi regreso a encarcelamiento/detención.

| Número de registro de extranjero del participante: 221150181 | Fecha: |
| Firma del participante: | Fecha: |
| Firma del especialista del caso: | |

2500



© 2014 BI Incorporated      Propiedad de BI y Confidencial

Intensive Supervision Appearance Program (ISAP)

Participant Agreement to Voluntarily Take Part in the Electronic Monitoring (GPS) Program

Participants will be monitored using a GPS tracking device.

1. I, Luis Castillo Yugna, currently residing at 5668 W Cypress St, Ste H, Tampa, FL 33607, am authorized to travel within the United States. I agree to arrive at my final destination on July 19, 2024, at 10:00 AM. Upon arrival, ERO-ATD will make a final determination regarding my case.

2. While participating in the electronic monitoring program, I agree to wear a GPS ankle bracelet, which is non-removable and assigned by an ISAP case specialist.

3. I acknowledge that I have received the device with identification number: 1715825.

4. I agree that it is my responsibility to maintain electrical service access during my participation in the program.

5. I agree to keep the GPS device charged daily and as needed, and I understand and accept the care and maintenance requirements.

6. I agree not to remove or alter the GPS device unless necessary in an emergency or with approval from the ISAP case specialist.

7. I agree to allow authorized personnel to inspect and maintain the ankle monitor.

8. In case of emergency (e.g., medical), I must call the emergency hotline at (407) 722-8900. I understand this number must not be used for non-emergencies.

9. I understand I may be held responsible for the GPS device and may be required to reimburse BI Incorporated for any loss or damage.

Local Rules and Other Conditions:

By signing this document, I acknowledge that I have received a copy of the rules, authorized schedule, and that they have been explained to me. I also acknowledge that translation services were made available. I understand that I must comply with all rules and requirements until I complete the program or receive notification otherwise. I understand that any violation may result in termination of my participation and return to detention.

Participant Alien Registration Number: 221150181

Participant Signature: _____ Date: _____

Case Specialist Signature: _____ Date: _____



# Plan Individual de Servicio

**Fecha del informe:** 07/19/2024
**Creado por:** Cristina (PM) Roe-Guerra
**Oficina de ISAP:** BI ISAP Tampa
**Fecha de inscripción:** 7/14/2024
**Nombre del participante:** LUIS CASTILLO-YUGCHA
**N° de Extranjero:** 221150181
**Especialista de caso asignado:** Cristina (PM) Roe-Guerra

## Información personal
**Dirección principal:** 1404 E MOHAWK AVE , TAMPA, FL
**Teléfono particular:** +1 8634453046
**Teléfono celular:**

## Plan de supervisión
**Etapa jurídica:** Pedido anticipado
**Plan de servicio:** Manejo de Casos de ISAP, Visitas al Consultorio Cada Semana, Visitas Domiciliarias de ISAP Cada 2 Semana, Seguimiento de Entrevistas de Asilo
**Tecnología:** BI LOC8 XT para ISAP, SmartLINK para ISAP Weekly
**Frecuencia de presentación:** Cara a cara 07/30/2024 : sin fin; Ocurre cada 1 semana los martes a las 10:00

Usted está obligado a presentarse en la oficina de ISAP según el calendario antes mencionado a menos que obtenga el consentimiento de su Especialista de caso de ISAP. Si usted está inscrito en el Monitoreo Electrónico, cumplirá con las reglas y expectativas de Monitoreo Electrónico. Si está inscrito en GPS, no intentará alterar o retirar la unidad de GPS por ninguna razón. Si usted está inscrito en Reporte Telefónico o SmartLINK, hará las llamadas telefónicas o check-ins de la manera requerida e inmediatamente informará cualquier cambio del número telefónico que usted presentó para estas llamadas o check-ins. Usted cumplirá un horario semanal y notificará a su Especialista de Caso cualquier cambio con un mínimo de 24 horas de antelación. Usted entiende que las Visitas a Domicilio se podrán realizar en momentos en los que su horario indica que usted está en su casa. También debe cumplir con todas las reglas del programa además de cualquier requisito adicional que figure en su Orden de Fianza de ERO u Orden de Supervisión.

## Plan de traducción
**Idiomas que habla:** Español
**Habla inglés con fluidez:** Se requiere intérprete

EXHIBIT ___ – ISAP Individual Service Plan (English Translation)

INDIVIDUAL SERVICE PLAN (ISAP)

Report Date: 07/19/2024 I Enrollment Date: 07/14/2024

Participant: LUIS CASTILLO-YUGCHA I A#: 221150181

ISAP Office: BI ISAP Tampa I Case Specialist: Cristina Roe-Guerra

PERSONAL INFORMATION

Address: 1404 E Mohawk Ave, Tampa, FL

Phone: +1 863-445-3046

SUPERVISION PLAN

Legal Stage: Early Request

Service Plan: ISAP Case Management; Weekly Office Visits; Home Visits every 2 weeks; Asylum Interview Monitoring

Technology: BI LOC8 XT; SmartLINK

Reporting: Weekly, Tuesdays at 10:00 AM (starting 07/30/2024)

Participant must report as scheduled unless authorized otherwise. Must comply with all monitoring rules, including GPS (no tampering), SmartLINK/phone check-ins, and weekly reporting. Must notify changes 24 hours in advance. Home visits may occur when participant is expected at home. Must comply with all ISAP, ERO Bond Order, or Supervision Order requirements.

LANGUAGE

Spanish; Interpreter required for English.

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement

## ATD ENROLLMENT - NOTICE TO ALIEN

| Name: CASTILLO-YUGCHA, LUIS | Field Office: TUCSON, AZ, DOCKET CONTROL OFFICE | A Number: 221150181 |
|---|---|---|

Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U. S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of you release conditions or your arrest and detention.

If fitted with a U.S. Immigration and Customs Enforcement GPS monitoring device do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. **The unauthorized removal of the GPS monitoring device will result in damage to property of the United States**. Damaging or attempting to damage the GPS monitoring device or any of its associated equipment (including, but not limited to, the charging station, batteries, and power cords) may result in your arrest, detention and prosecution under **18 U.S.C. § 1361 and/or 18 U.S.C. § 641**, each punishable by a fine, up to ten year's imprisonment, or both.

### RECORD OF SERVICE

| Served On: (Alien's Signature) | Date: Jul 14, 2024 |
|---|---|

By signing I acknowledge that this form was provided to me in a language I understand or was read to me in a language I understand. I further acknowledge that tampering with, damaging, and/or removing the GPS Device, or any of its associated equipment, without permission may result in damage to federal property for which I may be criminally prosecuted.

| Served By: (Print Name and Title of Officer) N. Baker, Deportation Officer | Location of Service: Tucson, AZ |
|---|---|
| Officer's Signature: | Date: Jul 14, 2024 |

FOR... NOTICE OF CREDIBLE FEAR INTERVIEW

U.S Department of Homeland Security
U.S. Citizenship and Immigration Services



**U.S. Citizenship and Immigration Services**

| EGAS-ROLDAN, KERLY PRISCILA<br>CASTILLO EGAS, KEYLIN KELLY;<br>CASTILLO EGAS, LUIS AUGUSTO;<br>CASTILLO-YUGCHA, LUIS ALBERTO | Date: 07-13-2024<br>A Number: 221150178<br>221150179, 221150180, 221150181 |
|---|---|

Please come to the office shown below at the time and place indicated in connection with an official matter. You must bring all family members listed on this form. You do not need to bring an interpreter. Please contact the office shown below if you need an accommodation for a disability (such as a sign language interpreter) as soon as you receive this Notice.

| LOCATION | Tampa Asylum Office, 3924 Coconut Palm Dr., Tampa, FL 33619 |
|---|---|
| DATE & HOUR | 07/23/2024 at 10:00 AM |
| REASON FOR APPOINTMENT | Credible Fear Interview |

## IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

You and your family members (if any) are scheduled for an interview on the date and time shown above. Please read this interview notice in its entirety, as it contains important information about your interview.

**Failure to Appear for Interview:** USCIS will inform U.S. Immigration and Customs Enforcement (ICE) if you fail to appear for your credible fear interview without requesting to reschedule your appointment. ICE may then take you into custody to further process your removal case.

I. _Who should come with you to your interview?_

Only the following people may come with you to your interview:
- Family members: All family members listed above must come to your interview.
- Your attorney, accredited representative, or consultant may attend either telephonically or in-person; however, telephonic appearances are encouraged. If they participate by phone, the asylum officer will call them at the beginning of the interview using a phone number you provide.
- Witnesses: While not required, if you have a witness who will provide testimony in your case, that individual may attend telephonically or in-person. If attending telephonically, the asylum officer will call them at a number you provide. However, we encourage your witness to provide sworn written testimony before your interview and not attend the interview. You may provide this written testimony to us as additional evidence following the guidelines described in Section **II.** Below.
- Applicants with a disability: If you have a disability and require an accommodation for your interview, please contact our office or visit the USCIS Public Disability Accommodations website for more information: https://www.uscis.gov/about-us/disability-accommodations-for-the-public

Rev. 2023-09

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

Subject to the Securing the Borders IFR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No: _____ 221150181

In the Matter of:

Respondent: _____ LUIS ALBERTO CASTILLO-YUGCHA _____ currently residing at:

1404 E MOHAWK AVE, TAMPA, FL, 336047218                    (863) 445-3046
(Number, street, city, state and ZIP code)                    (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Ecuador and a citizen of ECUADOR;
3. You entered the United States at or near LUKEVILLE, AZ on or about July 12, 2024;
4. You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document;
5. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

Section 212(a)(6)(A)(i) of the Act, as amended, as an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

500 N. Orange Avenue Ste.1100, ORLANDO, FL, 32801
(Complete Address of Immigration Court, including Room Number, if any)

on ___September 10, 2024___ at ___8:30 AM___ to show why you should not be removed from the United States based on the
    (Date)                (Time)

charge(s) set forth above. _____*Alvin Corrud*_____ Supervisory Asylum Officer
                              (Signature and Title of Issuing Officer)

Date: ___07/18/2024___ _____ Tampa, FL _____
                                      (City and State)

DHS Form I-862 (6/22)

Page 1 of 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, instructions, and information on where to file the Form can be found at www.uscis.gov/i-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the Internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

Upon information and belief, the language that the alien understands is **SPANISH**

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____  _____
(Signature of Respondent)

Date: _____

(Signature and Title of Immigration Officer)

## Certificate of Service

This Notice To Appear was served on the respondent by me on **July 23, 2024** in the following manner and in compliance with section 239(a)(1) of the Act.

[X] in person   [ ] by certified mail, returned receipt # _____ requested   [ ] by regular mail
[X] Attached is a credible fear worksheet.
[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **SPANISH** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____  *mohammad.m* LAS
(Signature of Respondent if Personally Served)   (Signature and Title of Officer)

DHS Form I-862 (8/22)   Page 2 of 3

**Privacy Act Statement**

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

Page 3 of 3

DHS Form I-862 (6/22)

U .S. Department of Homeland Security

**Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY   Event No: AJO2407000146

File No: A221 150 181

Date: July 13, 2024

In the Matter of: LUIS ALBERTO CASTILLO-YUGCHA

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;

2. You are a native of ECUADOR and a citizen of ECUADOR ;

3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

4. to wit, on or about July 12, 2024, you illegally entered the United States at or near LUKEVILLE,  AZ and were not inspected by an Immigration Officer.

TREY D POPE
Date: 2024.07.13 17:38:44 -07:00
0669311628.CBP

**Border Patrol Agent**

_____
Name and title of immigration officer (Print)

_____
Signature of immigration officer

## ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

_____
Name and title of immigration officer (Print)

_____
Signature of immigration officer

_____
Name and title of supervisor (Print)

_____
Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on _____
                                                                                                    (Date)

_____
Signature of immigration officer

Form I-860 (Rev. 08/01/07)



**REPÚBLICA DEL ECUADOR**
Corporación Registro Civil de Guayaquil

USD $3.00

# CERTIFICADO DE NACIMIENTO

La CORPORACIÓN REGISTRO CIVIL DE GUAYAQUIL, en base a la información que tiene registrada emite el presente certificado:



**CASTILLO EGAS KEYLIN KELLY**

**NUI/Pasaporte:** 0965247042          **Sexo:** MUJER

**Fecha de nacimiento:** 18 DE AGOSTO DE 2021

**Lugar de nacimiento (país/provincia/cantón/parroquia):**
ECUADOR/GUAYAS/GUAYAQUIL/PASCUALES

**Fecha de registro de nacimiento:** 2022

**Lugar de registro de nacimiento (país/provincia/cantón/parroquia):**
ECUADOR/GUAYAS/GUAYAQUIL/ROCAFUERTE

**Nacionalidad:** ECUATORIANA

**Tomo / Página / Acta:** 09 / 31 / 31

**Datos del padre:** CASTILLO YUGCHA LUIS ALBERTO

**NUI/Pasaporte:** No Registra          **Nacionalidad:** ECUATORIANA

**Datos de la madre:** EGAS ROLDAN KERLY PRISCILA

**NUI/Pasaporte:** No Registra          **Nacionalidad:** ECUATORIANA

Información certificada a la fecha: 14 DE AGOSTO DE 2025
Emisor: KIOSCO VIRTUAL - CRCG

Nro. de Certificado: 0004555930



0004555930

*(firma)* EPEIS.

Ab. José Miguel Perez Garcia
Director Ejecutivo
CORPORACIÓN REGISTRO CIVIL GUAYAQUIL



La institución o persona ante quien se presente este certificado, podrá verificar su autenticidad en www.corporacionregistrocivil.gob.ec
Any institution or person may verify the information here stated, browsing our official page www.corporacionregistrocivil.gob.ec

5002773

ENGLISH TRANSLATION

BIRTH CERTIFICATE

The Civil Registry Corporation of Guayaquil, based on the information recorded in its system, hereby certifies:

Full Name: CASTILLO EGAS KEYLIN KELLY

ID/Passport Number: 0965247042

Sex: Female

Date of Birth: August 18, 2021

Place of Birth: Ecuador / Guayas / Guayaquil / Pascuales

Date of Registration: 2022

Place of Registration: Ecuador / Guayas / Guayaquil / Rocafuerte

Nationality: Ecuadorian

Volume / Page / Record: 09 / 31 / 31

Father:

CASTILLO YUGCHA LUIS ALBERTO

ID/Passport: Not Registered

Nationality: Ecuadorian

Mother:

EGAS ROLDAN KERLY PRISCILA

ID/Passport: Not Registered

Nationality: Ecuadorian

Certified as of: August 14, 2025

Issued by: Virtual Kiosk -- Civil Registry Corporation of Guayaquil

Certificate Number: 0004555930



ENGLISH TRANSLATION

IDENTITY CARD

REPUBLIC OF ECUADOR

General Directorate of Civil Registry, Identification and Cedulation

ID Number: 096005584-6

Full Name:

CASTILLO EGAS LUIS AUGUSTO

Place of Birth:

Guayas, Guayaquil, Bolívar (Sagrario)

Date of Birth:

May 29, 2015

Nationality:

Ecuadorian

Sex:

Male

Marital Status:

Single

# UNITED STATES DISTRICT COURT

## PETITION FOR WRIT OF HABEAS CORPUS

**Petitioner:** Luis Alberto Castillo-Yugcha

**Respondents:**

Officer in Charge, El Paso Processing Center (ICE)

Director, U.S. Immigration and Customs Enforcement (ICE)

Secretary, Department of Homeland Security

**Case Type:** 28 U.S.C. § 2241 Habeas Corpus

EMERGENCY MOTION FOR IMMEDIATE RELIEF INCLUDED

Submitted Pro Se

Date: April 6, 2026